IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION CENTER,

Plaintiff,

v.

TRANSPORTATION SECURITY ADMINISTRATION, ~et al.~,

Defendants.

)
)
)
)

CASE NUMBER   1:03CV01846

JUDGE:  Colleen Kollar-Kotelly

DECK TYPE:  TRO/Preliminary Injunc

DATE STAMP:  09/04/2003

**FILED**

**SEP - 4 2003**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION

Plaintiff Electronic Privacy Information Center respectfully moves for a

temporary restraining order ("TRO") and a preliminary injunction to enjoin defendant

Transportation Security Administration from failing to expedite the processing of agency

records concerning the development of the Computer Assisted Passenger Prescreening

System ("CAPPS II").  Plaintiff seeks an order requiring defendant TSA to expedite the

processing of plaintiff's Freedom of Information Act request for any "Capital Asset Plan

and Business Case" materials (Exhibit 300) submitted by defendant to the Office of

Management and Budget, as well as any "Privacy Impact Assessments" prepared for the

CAPPS II project.   Such order should direct TSA to take whatever steps are necessary to

complete the processing of plaintiff's request prior to September 30, 2003.

The grounds for this motion are set forth in the accompanying memorandum of

points and authorities.  Plaintiff requests a hearing on its application for a TRO at the

Court's earliest convenience.

3

Respectfully submitted,

DAVID L. SOBEL
D.C. Bar No. 360418

MARC ROTENBERG
D.C. Bar No. 422825

MARCIA HOFMANN
D.C. Bar admission pending

ELECTRONIC PRIVACY INFORMATION
    CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, DC  20009
(202) 483-1140

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION CENTER,      )
                                            )
                    Plaintiff,              )
                                            )
v.                                          )                Civil Action
                                            )
TRANSPORTATION SECURITY ADMINISTRATION, *et al.*,  )         **03 1846**
                                            )
                    Defendants.             )
                                            )
_____)

## CERTIFICATE OF COUNSEL

Pursuant to LCvR 65.1, undersigned counsel for plaintiff hereby certifies as follows:

1. Notice of plaintiff's intention to file a motion for a temporary restraining order ("TRO") in this action was given to Mark Nagle, Civil Chief, U.S. Attorney's Office for the District of Columbia at noon of September 4, 2003.

2. Courtesy copies of all pleadings and papers filed in this action, or to be presented to the court in support of plaintiff's motion for a TRO, were furnished to Cynthia Parker, Mr. Nagle's assistant on the afternoon of September 4, 2003.

3. Mr. Nagle's telephone number is 202-514-7151.

Respectfully submitted,

DAVID L. SOBEL
D.C. Bar No. 360418

MARC ROTENBERG
D.C. Bar No. 422825

MARCIA HOFMANN
D.C. Bar admission pending

ELECTRONIC PRIVACY INFORMATION
        CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, DC  20009
(202) 483-1140

Counsel for Plaintiff

2