IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION CENTER,  )
                        Plaintiff,  )
                                 )
  v.  )  Civil Action
                                 )
TRANSPORTATION SECURITY ADMINISTRATION, *et al.*,  )
                           )
                   Defendants.  )

**FILED**

**SEP - 4 2003**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## DECLARATION OF DAVID L. SOBEL

I, DAVID L. SOBEL, do hereby depose and state:

1. I am counsel for the plaintiff Electronic Privacy Information Center ("EPIC").

2. Since its creation in 1994, EPIC has committed itself to educating the public about emerging civil liberties and privacy issues. EPIC's public education efforts include the maintenance of extensive online resources that offer electronic copies of EPIC publications, reports, court briefs, news releases, international treaties, U.S. government documents obtained under the Freedom of Information Act ("FOIA"), and other materials related to EPIC's educational work.

3. On August 22, 2003, I wrote to defendant TSA on behalf of EPIC and requested under the FOIA:

> any "Capital Asset Plan and Business Case" materials (Exhibit 300) submitted to the Office of Management and Budget; and
>
> any "Privacy Impact Assessments" prepared for the CAPPS II project.

Exhibit 1 (attached hereto). The existence of an "Exhibit 300" and a "Privacy Impact Assessment" for the CAPPS II project is indicated in Exhibit 2, attached hereto.

4. I requested expedited processing of EPIC's request and explained the urgency of disseminating information about CAPPS II to the public. I stated:

> The government activity at issue here -- creating an airline passenger pre-screening system -- implicates serious privacy and security issues that have received considerable news media attention in recent months. TSA has previously recognized that EPIC's FOIA requests for information concerning CAPPS II warrant expedited processing, and I incorporate by reference herein the material I provided to your office in my letter of March 10, 2003, relating to the public interest in such information.

*Id.* (TSA's prior grant of expedited processing is attached hereto as Exhibit 3).

5. The March 10, 2003, letter that I referenced noted, *inter alia*, that "[a] search in the Lexis–Nexis news database for articles on 'CAPPS II' for the past 15 days returns 41 results" and that Admiral Loy had stated in a press release that "CAPPS II is being designed to serve our national security without sacrificing individual privacy" and that "[c]oncerns about privacy are understandable." Exhibit 4 (attached hereto).

6. I specifically noted the pendency of a public comment period on TSA's Privacy Act Notice for CAPPS II and cited it as an additional basis for expedition. Exhibit 1.

7. In support of EPIC's assertion that it is "primarily engaged in disseminating information" within the meaning of the FOIA and DHS regulations, I addressed its news collection and dissemination activities:

> EPIC is a non-profit, educational organization that routinely and systematically disseminates information to the public. This is accomplished through several means. First, EPIC maintains a heavily visited Web site (www.epic.org) that highlights the "latest news" concerning privacy and civil liberties issues. The site also features scanned images of documents EPIC obtains under the FOIA. Second, EPIC publishes a bi-weekly electronic newsletter that is distributed to over 15,000 readers, many of whom report on technology issues for major news outlets. The newsletter reports on relevant policy developments of a timely nature (hence the bi-weekly publication schedule). It has been published continuously since 1996, and an archive of past issues is available at our Web site. Finally, EPIC publishes and distributes printed books that address a broad range of

privacy, civil liberties and technology issues. A list of EPIC publications is available at our Web site.

Exhibit 1.

8. I noted that "the U.S. District Court for the District of Columbia has held that EPIC is a 'news media' requester under the FOIA." (Citing *Electronic Privacy Information Center v. Department of Defense*, 241 F. Supp. 2d 5 (D.D.C. 2003)). *Id.*

9. By letter dated August 22, 2003, defendant TSA acknowledged receipt of EPIC's FOIA request but did not address plaintiff's explicit request for expedited processing. Exhibit 5 (attached hereto).

10. To date, defendants have not responded to EPIC's request for expedited processing of its FOIA request.

11. Unless defendants are ordered to process EPIC's FOIA request immediately, EPIC's right to expedition under the FOIA will be irretrievably lost, resulting in irreparable injury to EPIC.

12. Any further delay in the processing of EPIC's FOIA request will irreparably harm EPIC's ability to engage in informed discussion and debate on the CAPPS II program, specifically its ability to prepare and submit informed and meaningful comments on the proposed Privacy Act Notice for CAPPS II. Such comments must be filed no later than September 30, 2003.

13. Without the expedited access to information about CAPPS II to which it is legally entitled, EPIC's ability to engage in an urgent and current public policy debate will be irretrievably lost.

Under penalty of perjury, I hereby affirm that the foregoing is true and correct to the best of my knowledge and belief.

9/4/03
DATE

DAVID L. SOBEL

ELECTRONIC PRIVACY INFORMATION CENTER

# epic.org

August 22, 2003

**BY FACSIMILE -- (571) 227-1946**

Patricia Reip-Dice, Associate Director
FOIA Headquarters Office
Transportation Security Administration
Office of Security and Law Enforcement Liaison
TSA-20, West Tower
400 Seventh Street, S.W.
Washington, DC  20590

1718 Connecticut Ave NW

Suite 200

Washington DC 20009

USA

+1 202 483 1140 [tel]

+1 202 483 1248 [fax]

www.epic.org

Re: <u>Freedom of Information Act Request
    and Request for Expedited Processing</u>

Dear Ms. Reip-Dice:

This letter constitutes an expedited request under the
Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and is
submitted on behalf of the Electronic Privacy Information
Center ("EPIC").

We are seeking the following agency records (including but
not limited to electronic records) related to TSA's
Computer Assisted Passenger Pre-Screening System II (CAPPS
II):

1. Any "Capital Asset Plan and Business Case" materials
   (Exhibit 300) submitted to the Office of Management
   and Budget; and

2. Any "Privacy Impact Assessments" prepared for the
   CAPPS II project.

<u>Request for Expedited Processing</u>

We believe this FOIA request clearly meets the criteria for
expedited processing under applicable Department of
Homeland Security regulations, 6 CFR 5.5; 68 Fed. Reg. 4056
(January 27, 2003), as there is "[a]n urgency to inform the
public about an actual or alleged federal government
activity," and this request is made by "a person primarily
engaged in disseminating information."  6 CFR 5.5
(d)(1)(ii).

**FILED**

03 1846

**SEP - 4 2003**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
EXHIBIT 1

The government activity at issue here -- creating an
airline passenger pre-screening system -- implicates
serious privacy and security issues that have received
considerable news media attention in recent months.  TSA
has previously recognized that EPIC's FOIA requests for
information concerning CAPPS II warrant expedited
processing, and I incorporate by reference herein the
material I provided to your office in my letter of March
10, 2003, relating to the public interest in such
information.

There is a particular urgency for the public to obtain
information about the CAPPS II system.  On August 1, 2003,
the TSA published a Privacy Act notice in the Federal
Register concerning the CAPPS II initiative, 68 Fed. Reg.
45265.  Public comments on that notice are due by September
30 and the public will benefit from having access to the
requested records before the expiration of the comment
period.

Further, as I explain below in support of our request for
"news media" fee treatment, EPIC is "primarily engaged in
disseminating information."

## Request for "News Media" Fee Status

EPIC is a non-profit, educational organization that
routinely and systematically disseminates information to
the public.  This is accomplished through several means.
First, EPIC maintains a heavily visited Web site
(www.epic.org) that highlights the "latest news" concerning
privacy and civil liberties issues.  The site also features
scanned images of documents EPIC obtains under the FOIA.
Second, EPIC publishes a bi-weekly electronic newsletter
that is distributed to over 15,000 readers, many of whom
report on technology issues for major news outlets.  The
newsletter reports on relevant policy developments of a
timely nature (hence the bi-weekly publication schedule).
It has been published continuously since 1996, and an
archive of past issues is available at our Web site.
Finally, EPIC publishes and distributes printed books that
address a broad range of privacy, civil liberties and
technology issues.  A list of EPIC publications is
available at our Web site.

For the foregoing reasons, EPIC clearly fits the definition
of "representative of the news media" contained in the FOIA
and the DHS regulations.  Indeed, the U.S. District Court

for the District of Columbia has held that EPIC is a "news media" requester under the FOIA. See Electronic Privacy Information Center v. Department of Defense, 241 F. Supp. 2d 5 (D.D.C. 2003). Based on our status as a "news media" requester, we are entitled to receive the requested records with only duplication fees assessed under 6 CFR 5.11. Further, because disclosure of this information will "contribute significantly to public understanding of the operations or activities of the government," as described above, any duplication fees should be waived.

Thank you for your consideration of this request. As applicable Department regulations provide, I will anticipate your determination on our request for expedited processing within ten (10) calendar days. Should you have any questions about this request, please feel free to call me at 202-483-1140 ext. 105.

Under penalty of perjury, I hereby affirm that the foregoing is true and correct to the best of my knowledge and belief.

Sincerely,

David L. Sobel
General Counsel

## Minutes
## CAPPS II Privacy Issues Meeting
Thursday, October 3, 2002 9:30 a.m.
US Department of Transportation
400 7th Street SW
Suite 6432-D
202-366-8973 or 202-493-0250 (FAX: 703-366-7373)
cappsii@tsa.dot.gov

The list of attendees is included as an attachment to these minutes.

1. Meeting Lead: Representatives of the TSA Office of Chief Counsel (TSA/OCC) led the discussion about
   CAPPS II and privacy issues

   b5
   d. p.

2. Meeting Minutes: The CAPPS II Program Management Office (PMO) will take official minutes of team
   meetings. The Legal Team stated that personal notes of meetings maintained in personal, rather than
   agency, files are not "agency records" and therefore are not subject to FOIA requests.

3. Balancing CAPPS II Progress and Privacy Concerns: With the assistance of the CAPPS II team, TSA/OCC
   will advise what information is protected and what is not protected if a FOIA request, or other request to
   produce CAPPS II records, is made. The CAPPS II Team needs to "work smart" while being attentive of
   the need to address FOIA requests when required.

4. OMB Exhibit 300 and the Privacy Impact Assessment: A member of the CAPPS II Team discussed the
   draft OMB Exhibit 300 for CAPPS II. This document outlines the established policy/direction from an
   information technology (IT) point of view, budget and metrics, and return on investment (ROI), also known
   as the "business case." The 300 asks, "Was a privacy impact assessment (PIA) performed on the project?"
   The team will brief OMB next week and would like direction from TSA/OCC.

5. Public Perception and CAPPS II Vulnerabilities:

   b5
   d.p.

6. The PIA as an Aid in Forming CAPPS II Requirements:

   b5
   d.p.

**FILED**

**SEP - 4 2003**

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

Exhibit 2

**03 1846**

000114

b 5
d. p

7. <u>Outstanding Questions on CAPPS II Design</u>:  As the system design documentation matures, TSA/OCC will continue to provide assistance in ensuring compliance with the Privacy Act.  The CAPPS II Team will continue to solicit guidance from the TSA/OCC throughout the development process.

8. <u>The Privacy Act and Data from Other Agencies</u>:

b 5.
AC | D.P.

10. <u>First Release of CAPPS II</u>:  CAPPS II should go online 120 days after contract award.  Mid-February 2003 would be the earliest possible release date and the first release will be available for one or more airlines/airports.  CAPPS II will not go online before the Privacy Act Notice has been published by TSA.

b 5
D. P.

14. <u>Assignments</u>:  The Legal Team will begin to draft a CAPPS II Privacy Act Notice    b 5
d. P.

Attachment

Attendees:
William A. Carpenter, MITRE (wcarpent@mitre.org (703-883-5777))
Steven Cohen, TSA/OCC (steven.cohen@tsa.dot.gov (202-493-1216))
Agnes Diaz, TRW (agnes.diaz@trw.com (202-366-8973))
Jeff Halfacre, TSA (jeff.halfacre@tsa.dot.gov (202-385-1532))
Kevin Janet, TSA/OCC (kevin.janet@tsa.dot.gov (202-385-1147))
Christian Jordan, TSA Counsel (christian.jordan@tsa.dot.gov (202-493-1217))
Everett Kennedy, TSA/OIT (everett.kennedy@tsa.dot.gov (202-385-1061))
John Manning, TRW (john.manning@tsa.dot.gov (202-366-8973))
Catherine Nachmann, TSA/OCC (catherine.nachmann@tsa.dot.gov (202-385-1036))
Lyn Rahilly, TSA/OCC (lyn.rahilly@tsa.dot.gov (202-493-1228))
Brandon Straus, TSA/OCC (Brandon.straus@tsa.dot.gov (202-493-1224))
Paul Worsham, TSA (paul.worsham@tsa.dot.gov (202-997-3419))

**Riepdice, Pat, 3/12/03 6:01 PM -0400, FOIA Request TSA03-255**                                    1

```
Subject: FOIA Request TSA03-255
Date: Wed, 12 Mar 2003 17:01:37 -0500
Thread-Topic: FOIA Request TSA03-255
Thread-Index: AcLo4vQrdFChYka9SfGD0A4o5NzrdQ==
Priority: Urgent
Importance: high
From: "Riepdice, Pat" <Pat.Riepdice@tsa.dot.gov>
To: <sobel@epic.org>
Cc: "Rahilly, Lyn" <Lyn.Rahilly@tsa.dot.gov>
```

Mr. Sobel,

This is a follow-up to our telephone conversation today regarding your clarification of item number 1 of your March 10, 2003 FOIA request concerning TSA's Computer Assisted Passenger Pre-Screening System II (CAPPS II). It is my understanding that you are requesting any legal discussion or analysis, either internal or with an outside entity. You stated that you were not interested in any procurement related documents. Please get back to me by tomorrow morning if this is not correct.

As I mentioned to you, your request for expedited processing has been granted. Therefore, your request will be hand-delivered tomorrow morning to the appropriate offices for them to conduct a search for responsive records if I do not hear from you.

Also, on your request for the duplication fees be waived, we will defer that decision until it is clear that any cost will be associated with the request.

Please give me a call if you have any questions concerning these issues.

*Patricia M. Riep-Dice*
*Associate Director*
*Freedom of Information Act/Privacy Act Division*
*Office of Security & Law Enforcement Liaison*
*Transportation Security Administration*
*Phone: 571-227-2502*
*Fax: 571-227-1946*

**FILED**

**03 1846**

**SEP - 4 2003**

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

Exhibit 3

March 10, 2003

**BY FACSIMILE -- (571) 227-1946**

Patricia Reip-Dice, Associate Director
FOIA Headquarters Office
Transportation Security Administration
Office of Security and Law Enforcement Liaison
TSA-20, West Tower
400 Seventh Street, SW
Washington, DC  20590

Re: <u>Freedom of Information Act Request
and Request for Expedited Processing</u>

Dear Ms. Reip-Dice:

This letter constitutes an expedited request under the
Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and is
submitted on behalf of the Electronic Privacy Information
Center ("EPIC").

We are seeking all agency records (including but not
limited to electronic records) related to TSA's Computer
Assisted Passenger Pre-Screening System II (CAPPS II)
project that address the following subjects:

1. Any existing legal, statutory and/or regulatory
   frameworks concerning governmental access to and use
   of transactional and other records about
   individuals.  This request includes, but is not
   limited to, any assessments of the legal authority
   (or lack thereof) for information collection
   activities planned or proposed for the CAPPS II
   project.

2. Potential privacy and/or civil liberties
   implications of the activities planned or proposed
   for the CAPPS II project.

<u>Request for Expedited Processing</u>

We believe this FOIA request clearly meets the criteria for
expedited processing under applicable Department of
Homeland Security regulations, 6 CFR 5.5; 68 Fed. Reg. 4056
(January 27, 2003), as there is "[a]n urgency to inform the

03 1846

Exhibit 4

public about an actual or alleged federal government
activity," and this request is made by "a person primarily
engaged in disseminating information."  6 CFR 5.5
(d)(1)(ii).

The government activity at issue here -- creating an
airline passenger pre-screening system -- implicates
serious privacy and security issues that have received
considerable news media attention in recent days.  A search
in the Lexis-Nexis news database for articles on "CAPPS II"
for the past 15 days returns 41 results (see attached
search results).

There is a particular urgency for the public to obtain
information about the CAPPS II system.  For example, the
Detroit News noted in an editorial on March 3, 2003, that
the TSA has not adequately consulted Congress and has not
provided sufficient information on the due process
protections in the system:

> There is little due process built into this giant
> screening process.  The government says it is
> working on that, but it has already started to
> put the CAPPS II system in place. That seems to
> be getting things backward.  Congress should hold .
> hearings to make sure the criteria for the
> ratings are clear, people can be informed of
> their status and there is a procedure for
> challenging their ratings.  Otherwise, government
> is in the position of effectively punishing
> people without a hearing.

Detroit News Editorial, March 3, 2003 p. 8A

Despite the lack of public information, development of the
CAPPS II initiative is proceeding quickly.  The Washington
Post reported that Lockheed Martin received a contract on
February 28 to build the system.  Air Security Network
Advances; Lockheed to Develop Surveillance System to Check
Travelers' Backgrounds, Washington Post, March 1, 2003, p.
E01.  The Associated Press has reported that Delta Airlines
will partner with Lockheed Martin to test the system in
three unidentified mid-size airports this month and the
system will be rolled out nationwide in the coming year.
Delta to Test New Airport Security Plan, Associated Press,
February 28, 2003.

On January 15, 2003, the TSA published a Privacy Act notice
in the Federal Register concerning Aviation Security
Screening Records, which relates to the CAPPS II
initiative, 68 Fed. Reg. 2101.   There were 125 comments
filed in the month that the docket was open, most noting
the significant privacy and civil liberties implications of
this new database and calling on the TSA to disclose more
information about the system.

The TSA has explicitly recognized that CAPPS II raises
public concerns about privacy.   In a press release issued
on February 28 (attached hereto), TSA stated that "CAPPS II
is being designed with the utmost concern for the
individual privacy rights of American citizens."   Under
Secretary of Transportation for Security Admiral James M.
Loy is quoted in the release as saying, "CAPPS II is being
designed to serve our national security without sacrificing
individual privacy.   Concerns about privacy are
understandable.   As we address such concerns, we believe
that the public will come to have a higher comfort level in
air travel."

The purpose of EPIC's request is to obtain information
directly relevant to the privacy concerns Admiral Loy
mentioned.   The records requested involve the manner in
which the agency is "address[ing] such concerns" and
clearly meets the standard for expedited processing.

Further, as I explain below in support of our request for
"news media" fee treatment, EPIC is "primarily engaged in
disseminating information."

## Request for "News Media" Fee Status

EPIC is a non-profit, educational organization that
routinely and systematically disseminates information to
the public.   This is accomplished through several means.
First, EPIC maintains a heavily visited Web site
(www.epic.org) that highlights the "latest news" concerning
privacy and civil liberties issues.   The site also features
scanned images of documents EPIC obtains under the FOIA.
Second, EPIC publishes a bi-weekly electronic newsletter
that is distributed to over 15,000 readers, many of whom
report on technology issues for major news outlets.   The
newsletter reports on relevant policy developments of a
timely nature (hence the bi-weekly publication schedule).
It has been published continuously since 1996, and an
archive of past issues is available at our Web site.

Finally, EPIC publishes and distributes printed books that
address a broad range of privacy, civil liberties and
technology issues.  A list of EPIC publications is
available at our Web site.

For the foregoing reasons, EPIC clearly fits the definition
of "representative of the news media" contained in the FOIA
and the DHS regulations.  Indeed, the U.S. District Court
for the District of Columbia recently held that EPIC is a
"news media" requester under the FOIA.  See Electronic
Privacy Information Center v. Department of Defense, Civ.
No. 02-1233 (2003 U.S. Dist. LEXIS 504, January 16, 2003).
Based on our status as a "news media" requester, we are
entitled to receive the requested records with only
duplication fees assessed under 6 CFR 5.11.  Further,
because disclosure of this information will "contribute
significantly to public understanding of the operations or
activities of the government," as described above, any
duplication fees should be waived.

Thank you for your consideration of this request.  As
applicable Department regulations provide, I will
anticipate your determination on our request for expedited
processing within ten (10) calendar days.  Should you have
any questions about this request, please feel free to call
me at 202-483-1140 ext. 105.

Under penalty of perjury, I hereby affirm that the
foregoing is true and correct to the best of my knowledge
and belief.

                              Sincerely,


                              David L. Sobel
                              General Counsel

## LEXIS-NEXIS Results for "CAPPS II" Between 2/23/03 and 3/10/03

1. The Boston Herald, March 9, 2003 Sunday, ALL EDITIONS, EDITORIAL;, Pg. 034, 343 words, Editorial;
Passenger screening: Tool against terror
... Logan. The initiative, dubbed CAPPS II (Computer-Assisted Passenger ...
... list, to confirm their identities. The CAPPS II plan is one of the more ...

2. SUNDAY TELEGRAM, March 09, 2003 Sunday, Pg. B1, 917 words, Many held since 9-11;  ACLU: 400 in Mass.
jails, Richard Nangle
... government surveillance bill; and CAPPS II- Computer Assisted Passenger ...
... According to the Washington Post, CAPPS II relies heavily on ...
... additional questioning. Critics of CAPPS II call it an ...
CAPPS II-COMPUTER(56%);AMERICAN ...

3. The Baltimore Sun, March 6, 2003 Thursday, FINAL Edition, Pg. 1E, 700 words, Waving the red, white, blue,
yellow and orange, Kevin Cowherd
... up over the implementation of CAPPS II, citing invasion of privacy ...
... at all. Maybe, with CAPPS II in place, they'll ...

4. The Boston Herald, March 6, 2003 Thursday, ALL EDITIONS, FINANCE;, Pg. 001, 698 words, Big Brother may
visit Logan, By Tom Walsh
... will be tapped to test CAPPS II, the Computer-Assisted Passenger ...
... sources said. Under the CAPPS II program, every passenger ...

5. The Bulletin's Frontrunner, March 6, 2003 Thursday, Terrorism News, 325 words, Travel Industry Voices CAPPS II
Misgivings.
... test of the system, known as CAPPS II, for Computer Assisted ...

6. The Bulletin's Frontrunner, March 6, 2003 Thursday, State and Local News, 406 words, MA: Supreme Court Same-
Sex Marriage Decision Threatened By Legislature.
... will be tapped to test CAPPS II, the Computer- Assisted Passenger ...

7. The New York Times, March 6, 2003, Thursday, Late Edition - Final, Section C;Page 2;Column 1;Business/Financial
Desk, 667 words, Travel Industry and Privacy Groups Object to a U.S. Screening Plan for Airline Passengers, By
DAVID JONES
... test of the system, known as CAPPS II, for Computer Assisted ...

8. The Boston Herald, March 5, 2003 Wednesday, ALL EDITIONS, ARTS & LIFE;, Pg. 056, 609 words, It's time to
crack down on scourge of annoying fliers, By Beth Teitell
... Passenger Prescreening System, or CAPPS II - most passengers will be ...

9. National Journal's Technology Daily, AM Edition, March 5, 2003 Wednesday, 193 words, SECURITY: Pre-
screening Program For Air Travelers Draws Protests
... Pre-screening System (CAPPS II).
... org, protesting the program. CAPPS II will be implemented in ...

10. Star Tribune (Minneapolis, MN), March 5, 2003, Wednesday, Metro Edition, NEWS; Pg. 6A, 693 words, U.S.:
Airport screening in no threat to privacy; The U.S. Transportation Security Administration says the new system will
focus on catching foreign terrorists., Susan E. Peterson; Staff Writer
The CAPPS II airport security screening ...
... infrastructure. He declined to say when CAPPS II screening will start or when ...
... safeguards. The TSA has said CAPPS II won't profile passengers ...
... invited the group to a CAPPS II briefing in mid- ...

... more details," he said. CAPPS II _ Computer Assisted Passenger ...

11. University Wire, March 5, 2003, Wednesday, COLUMN, 697 words, Airport security getting personal, By Gary Morrison, Sidelines
... wait. The program, called CAPPS II (Computer Assisted Passenger ...

12. Airports(R), March 4, 2003, SNAPSHOTS; Vol. 20, No. 9; Pg. 4, 138 words,  TSA Awards Contract To Lockheed Martin Management And Data Systems
... Data Systems to develop CAPPS II, which will be used to screen the ...

13. Airports(R), March 4, 2003, SECURITY; Vol. 20, No. 9; Pg. 5, 549 words,  ACLU: Passenger Screening Plan Short-Circuits Security Debate, Kimberly Johnson (kimberly_johnson@aviationnow.com)
... Passenger Profiling System (CAPPS II), the passenger-profiling upgrade of ...
... seeking comment on CAPPS II was one and the same as ASSR. CAPPS II will be launched in ...

14. Aviation Daily, March 4, 2003, Vol. 351, No. 41; Pg. 3, 85 words,  TSA Awards CAPPS II Contract To Lockheed, AS
... Screening System, known as CAPPS II.
... help TSA develop the CAPPS II technology infrastructure and administer ...

15. Financial Times (London), March 4, 2003, Tuesday, INSIDE TRACK;, Pg. 14, 127 words, Delta to adopt security screens TRAVEL UPDATE, By ROGER BRAY
... Administration in trials of Capps II (computer assisted passenger ...

16. The Post-Standard (Syracuse, NY), March 4, 2003 Tuesday Final Edition, EDITORIAL, 517 words, PAGING BIG BROTHER;  AIRLINE SECURITY PLAN ASSAULTS CONSTITUTION
... screening System II, or CAPPS II, is to be tested this month at ...
... airports. Plans are for CAPPS II to compile financial information, ...
... overzealous government scrutiny. CAPPS II is as bad as the Total Information ...
... it is funded. But the CAPPS II program is moving forward. "CAPPS II threatens our liberty, but its ...
... wrong. Like TIA, CAPPS II is apparently based on the ...

17. St. Petersburg Times (Florida), March 4, 2003 Tuesday, CITRUS TIMES; Pg. 1, 707 words, Invasion of privacy not something to shrug off, JAN GLIDEWELL
... I'm talking about CAPPS-II, the second generation of the Computer ...

18. Star Tribune (Minneapolis, MN), March 4, 2003, Tuesday, Metro Edition, NEWS; Pg. 1A, 722 words, Air travelers may see credit scrutinized; Program, now in testing, expected to cover all fliers, Susan E. Peterson; Staff Writer
... Prescreening System II (CAPPS II) program at three ...
... 10 to 16 months. CAPPS II is drawing fire from civil ...
... transportation officials. They say CAPPS II would use databases that operate ...
... not involved in the CAPPS II pilot program, company ...
... Northwest might institute CAPPS II. Tim Anderson, deputy ...
... know whether Delta is testing the CAPPS II system at Minneapolis- ...

19. Albuquerque Journal, March 3, 2003 Monday, FINAL; Pg. A4, 310 words, 'Threat Level' Label Latest Flight Risk
... detection system, called CAPPS II, assigns a "threat ...

20. The Detroit News, March 3, 2003 Monday No dot Edition, EDITORIAL; Pg. 8A, 532 words, Air Travel Screening Program Risks Civil Liberties; Huge database would scour credit card, insurance and law enforcement information on all travelers
... Pre-screening II, or CAPPS II. The first CAPPS program was ...
... mid-1990s. But the CAPPS II system would be run by the ...
... already started to put the CAPPS II system in place. That ...

21. InformationWeek, March 3, 2003, IT CONFIDENTIAL; Pg. 98, 397 words, Privacy, Price Wars, And Identity Theft, John Soat
... Screening System (known as CAPPS II), the government is sending its top ...

22. Atlanta Journal and Constitution, March 1, 2003, Saturday, AT-AIRPORT-CHECKS, 860 words, Airport Background Checks Get Test Flight, By Mary Lou Pickel
... Pre-Screening II, or CAPPS II, will search several ...
... databases," Lunner said. "CAPPS II doesn't have any new ...
... confirm that you are who you say you are." CAPPS II will also cross-check ...
... access to passenger information. CAPPS II would keep some fliers' ...

23. The Atlanta Journal and Constitution, March 1, 2003 Saturday, Home Edition, Pg. 1A, 835 words, Airport background checks get test flight; Credit histories and other information will be used to assign terrorism risk levels to passengers., MARY LOU PICKEL
... Pre-Screening II, or CAPPS II, will search several ...
... databases," Lunner said. "CAPPS II doesn't have any new ...
... confirm that you are who you say you are." CAPPS II will also cross-check ...
... access to passenger information. CAPPS II would keep some fliers' ...

24. The Times (London), March 1, 2003, Saturday, Overseas news; 26, 235 words, Computer to rate air passenger threat, Tim Reid in Washington
... object to the system, known as CAPPS II, the Computer Assisted Passenger ...
... on race or religion. CAPPS II will collect widespread ...

25. The Washington Post, March 01, 2003, Saturday, Final Edition, FINANCIAL; Pg. E01, 829 words, Air Security Network Advances; Lockheed to Develop Surveillance System to Check Travelers' Backgrounds, Robert O'Harrow Jr., Washington Post Staff Writer
... threat. The system, known as CAPPS II (Computer Assisted Passenger ...
... June of next year. The CAPPS II program will be based ...
... questions raised by CAPPS II. In recent weeks, ...
... month. He pledged yesterday that CAPPS II will maintain no ...
... Steinhardt questioned the effectiveness of CAPPS II, saying the details from commercial ...
... expertise hired to oversee CAPPS II, said he is committed to protecting ...
... any personal information to CAPPS II computers, apart from names and ...

26. Atlanta Journal and Constitution, February 28, 2003, Friday, AT-AIR-SECURE, 323 words, Agency Halts Random Vehicle Inspections at Atlanta Airport, By Mary Lou Pickel
... airports. It involves CAPPS II, an enhanced version of the ...
... sign of progress for the CAPPS II program, which the TSA hopes ...

27. The Atlanta Journal and Constitution, February 28, 2003 Friday, Home Edition, Pg. 7A, 300 words, Random vehicle inspections at Hartsfield halted; Parking spaces near terminals opened, MARY LOU PICKEL
... airports. It involves CAPPS II, an enhanced version of the ...
... sign of progress for the CAPPS II program, which the TSA hopes ...

28. Chicago Tribune, February 28, 2003 Friday, REDEYE EDITION, Pg. 9, 301 words, Airlines to check all backgrounds, WASHINGTON
... Transportation officials say CAPPS II--Computer Assisted Passenger ...

29. CNBC/Dow Jones - Business Video, THE NEWS WITH BRIAN WILLIAMS (19:00), February 28, 2003 Friday, Transcript # 022800cb.480, News; International, 7415 words, THE NEWS WITH BRIAN WILLIAMS for February 28, 2003, CNBC, Lawrence Eagleburger, Peter Arnett, Larry Johnson, Charles Slepian, Brian Williams, Ron Allen, Andrea Mitchell, David Kay, George Lewis, Kevin Tibbles, Pete Williams, Robert Hager
... highly sophisticated system, CAPPS II, or at least it is ...

30. Cox News Service, February 28, 2003 Friday, Domestic; Non-Washington; General News Item, 845 words, Air security to focus on passenger data, MARY LOU PICKEL, ATLANTA
... Pre-Screening II, or CAPPS II, will search several ...
... databases," Lunner said. "CAPPS II doesn't have any new ...
... confirm that you are who you say you are." CAPPS II will also cross-check ...
... access to passenger information. CAPPS II would keep some fliers' ...

31. The Deseret News (Salt Lake City, UT), February 28, 2003, Friday, WIRE;, Pg. A01, 682 words, Airlines 'blacklist' draws ACLU fire, By Leslie Miller Associated Press writer
... Transportation officials say CAPPS II -- Computer Assisted Passenger ...
... develop the system, said CAPPS II will help discern ...
... able to use it. CAPPS II will collect data and ...

32. FDCH Federal Department and Agency Documents REGULATORY INTELLIGENCE DATA, February 28, 2003 Friday, 404 words, DEPARTMENT OF TRANSPORTATION, 06 - Transportation, TSA SELECTS LOCKHEED MARTIN MANAGEMENT AND DATA SYSTEMS TO BUILD TSA PASSENGER PRE-SCREENING SYSTEM, (202) 385-1800
... Screening System II (CAPPS II). CAPPS II is an automated screening ...
CAPPS II is being designed with the utmost ...
... rights of American citizens. CAPPS II is a passive system ...
... will collect for CAPPS II. "CAPPS II will become a ...
... said Adm. Loy. "CAPPS II is being designed to serve our ...

33. National Journal's Technology Daily, PM Edition, February 28, 2003 Friday, 165 words, PRIVACY:
... screening System II (CAPPS II), will be tested at ...
"CAPPS II is based on the same ...
... funding. According to the ACLU, the CAPPS II project would collect information ...

34. The Seattle Times, February 28, 2003, Friday, Fourth Edition, ROP ZONE; News;, Pg. A8, 404 words, Flights will determine passengers' threat level Terrorism notebook, Washington
Transportation officials say CAPPS II -- Computer Assisted Passenger ...

35. Star-Gazette (Elmira, NY), February 28, 2003 Friday, A-SECTION; Pg. 2A, 295 words, Passenger risk-detection system to be tested, Wire Services
... Transportation officials say CAPPS II - Computer Assisted Passenger ...

36. The Union Leader (Manchester NH), February 28, 2003 Friday STATE EDITION, NEWS; Pg. A1, 726 words, Air passengers' backgrounds to be checked, By LESLIE MILLER The Associated Press
... Transportation officials say CAPPS II -- Computer Assisted Passenger ...
... Register notice about CAPPS II that said the background information ...
... develop the system, said CAPPS II will help identify ...
... able to use it. CAPPS II will collect data and ...

37. United Press International, February 28, 2003 Friday, 1135 words, On Law: Virtually naked at the airport, By MICHAEL KIRKLAND, WASHINGTON, Feb. 28 (UPI)
... screening System II. CAPPS II, obviously the successor to an ...
... sounding a warning. "CAPPS II is based on the same ...
... used at airports. CAPPS II "is really three-fold in ...
... But how will CAPPS II and other administration security ...

38. The Cincinnati Enquirer, February 27, 2003 Thursday East Edition, METRO; Pg. 1C, 503 words, Delta to test new security program, James Pilcher, STAFF
... new system, called CAPPS II, the computer would seek much ...

39. Cox News Service, February 27, 2003 Thursday, Financial Pages, 206 words, TSA to test new security program, MARY LOU PICKEL, ATLANTA
It involves CAPPS II, an enhanced version of the ...
... sign of progress for the CAPPS II program, which the TSA hopes ...

40. Internet Wire, February 27, 2003 Thursday, 949 words, Government Access to Consumer Information Held by Business a Focus at P & AB's National Conference; Attendees to Receive P & AB's Privacy Officers' Guide to Homeland Security Information Requirements as Aid, Feb. 27, 2003; HACKENSACK, NJ; INTERNET WIRE
... passenger prescreening systems (CAPPS II) at Privacy & American ...

41. Los Angeles Times, February 27, 2003 Thursday, Home Edition, Page 16, 438 words, THE NATION; New Plan to Screen Passengers Defended, Aparna Kumar, Times Staff Writer, WASHINGTON
... new system, called CAPPS II -- short for Computer ...
"The whole CAPPS II project will be designed with the ...
... purchases and cash payment -- CAPPS II will tap into stores of ...
... Liberties Union called CAPPS II "a Kafkaesque bureaucratic ...
CAPPS II(91%);TRANSPORTATION SECURITY ...
CAPPS II(91%);TRANSPORTATION SECURITY ...

TSA | Transportation Security Administration | February 28 2003 - TSA Selects Lockheed Martin Management and Data Systems to build TSA Passenger Pre-Screening System

8/27/03 1:04 PM



Threat Advisory Level

| Travelers & Consumers | Employment | Business Opportunities | Industry Partners | Law & Policy | Security & Law Enforcement | About TSA |

Site Search  keyword

**Briefing Room**

▸ Press Releases

▪ Publications & Reports

▪ Speeches & Statements

Testimony & Transcripts

Electronic Press Kit

TSA Progress

▸ Freedom of Information Act

Briefing Room

**Press Releases**
**February 28 2003 – TSA Selects Lockheed Martin Management and Data Systems to build TSA Passenger Pre-Screening System**

TSA 15-03

Friday February 28 2003

Media Contact:
(202) 385-1800

Under Secretary of Transportation for Security Adm. James M. Loy today announced that the Transportation Security Administration (TSA) has selected Lockheed Martin to develop a passenger risk assessment and prescreening system also known as the Computer Assisted Passenger Pre-Screening System II (CAPPS II).

CAPPS II is an automated screening system authorized by Congress in the wake of the Sept. 11 2001 terrorist attacks. It is a narrowly focused threat assessment tool based on continuously changing intelligence information and threat priorities. As a resource management tool it will help TSA direct limited on-site screening resources where they are most needed.

CAPPS II is being designed with the utmost concern for the individual privacy rights of American citizens. CAPPS II is a passive system activated by a traveler's airline reservation request. When the system is implemented airlines will begin asking passengers for a slightly expanded amount of reservation information: the passenger's full name plus address phone number and date of birth. This is the only public source information that TSA will collect for CAPPS II.

"CAPPS II will become a critical element in TSA's 'system of systems' which now protects the aviation system including the thorough screening of luggage and passengers by professionally trained federal workers fortified cockpit doors in all airliners and thousands of Federal Air Marshals aboard a record number of flights " said Adm. Loy.

"CAPPS II is being designed to serve our national security without sacrificing individual privacy. Concerns about privacy are understandable. As we address such concerns we believe that the public will come to have a higher comfort level in air travel " said Adm. Loy.

Under the terms of the competitively awarded contract Lockheed Martin will assist TSA in developing the program technology infrastructure and will administer it for TSA through a five-year task order contract that provides flexibility to TSA to accomplish the goals outlined in the Aviation and Transportation Security Act. The first task order was awarded for $12.8 million. The passenger risk assessment will be conducted by TSA.

For additional information regarding the Transportation Security Administration please visit our website at www.tsa.gov.

Privacy Policy : Terms of Use

U.S. Department of Homeland Security



*Transportation Security*
*Administration*

August 22, 2003

Mr. David Sobel
Electronic Privacy Information Center
1718 Connecticut Ave., NW
Suite 200
Washington DC 20009

Dear Mr. Sobel:

This is to inform you that on August 22, 2003, the Transportation Security Administration (TSA)
Freedom of Information Act (FOIA) Office received your FOIA request dated August 22, 2003.

Your request has been given identification number TSA 03-588. Please be advised that TSA is
currently experiencing a high number of FOIA inquiries, and is addressing backlogged requests
with all due diligence on a first-in, first-out basis. Your request will be addressed in the order it
was received. We regret any inconvenience caused by the delay.

If you have any questions concerning your request, please call (866) 364-2872 and reference the
identification number listed above.

Sincerely,

*Donna Clauell*

Patricia M. Riep-Dice
Associate Director
Freedom of Information Act
 And Privacy Act Division

# FILED

## SEP - 4 2003

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

Exhibit 5

# 03 1846