UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) | ECF |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 03-1846 (CKK) |
| TRANSPORTATION SECURITY ADMINISTRATION, *et al.*, | ) ) ) ) | |
| Defendants | ) ) | |

## PRAECIPE

Plaintiff, Electronic Privacy Information Center, and Defendants, Transportation Security Administration and Department of Homeland Security, have agreed as follows: (1) the Transportation Security Administration will complete its processing of the FOIA request at issue in this civil action and deliver by hand to plaintiff's counsel all responsive and non-exempt documents or portions of documents on a rolling basis, to be concluded by 5:00 p.m. on September 25, 2003; (2) plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction is moot; and (3) the parties will submit a joint status report on or before October 2, 2003 proposing a schedule for further proceedings.

Respectfully submitted,

_____
ROSCOE C. HOWARD, JR., D.C. Bar # 246470
United States Attorney

_____
MARK E. NAGLE, D.C. Bar # 416364
Assistant United States Attorney

_____
ROBERT E. LEIDENHEIMER, JR., D.C. BAR #420959
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Room 10-816
Washington, D.C. 20530
(202) 514-7238

Counsel for Defendants